Natasha MALONE *v.* STATE of Arkansas

CR 02-1062                                          88 S.W.3d 424

Supreme Court of Arkansas
Opinion delivered October 31, 2002

*John H. Bell P.A.,* by: *John H. Bell,* for appellant.

No response.

PER CURIAM. Petitioner, Natasha Malone, by her attorney, John H. Bell, has filed a motion for rule on the clerk. His attorney admits that the record was tendered late due to a mistake on his part.

■ We find that such error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See Terry v. State,* 272 Ark. 243, 613 S.W.2d 90 (1981); *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) *(per curiam).*

A copy of this per curiam will be forwarded to the Committee on Professional Conduct. *In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964.